

# 散杂货船舶运营

## Bulk & Break Bulk Vessel



**Exhibit B**





Coverage

40
Countries and Regions

100
Ports Covered

Capacity

300,000
Freight tons
Annual Volume

Vessels

10
Operated Vessels/Voyage





Break Bulk Logistics

Port Service

Vessel Operation & Chartering & Broker Business

Worldwide Service







## Ship Operation for International Dry/Bulk Cargo

- Worldwide Bulk Shipping Pte. Ltd in Singapore
- Engages international dry bulk cargo business
- Leading traders and cargo owner in iron ore, coal and food industries

**One of the three biggest users in Asia**

- Super Panamax Vessel (92.000-98.000 tons)
- Small Capesize vessel (around 110.000/120.000 tons)

- Coal transportation business from Eastern Australia to China/Taiwan.
- Iron ore transportation business from Western Australia to China.
- Coal/Iron ore transportation business from Australia/South Africa to China/Asia.
- Coal transportation business from Indonesia to China/Taiwan
- Coal transportation business from Indonesia to Malaysia