

**Exhibit C**



# Top 50 Global Ocean Freight Forwarders

| Rank 2020 | Company | Headquarters | Ocean Containers 2020 | Ocean Containers 2019 | Growth 20VS19 | Rank 2019 | Rank Change |
|---|---|---|---|---|---|---|---|
| 1 | Kuehne + Nagel Inc.（德迅） | Switzerland | 4,861,000 | 4,690,000 | 3.65% | 1 | 0 |
| 2 | Sinotrans Ltd.（中外运） | China | 3,740,000 | 3,360,300 | 11.30% | 2 | 0 |
| 3 | DHL Supply Chain（敦豪供应链） | Germany | 3,207,000 | 3,225,000 | -0.56% | 3 | 0 |
| 4 | DB Schenker USA（辛克物流） | Germany | 2,260,000 | 2,219,000 | 1.85% | 4 | 0 |
| 5 | DSV Panalpina A/S（泛亚班拿） | Switzerland | 1,907,126 | 2,926,448 | -34.83% | 6 | 1 |
| 6 | Kerry Logistics Network（嘉里物流） | Hong Kong (China) | 1,325,000 | 1,196,607 | 10.73% | 7 | 1 |
| 7 | Expeditors International of Washington（康捷国际） | United States | 1,125,137 | 1,167,820 | -3.65% | 8 | 1 |
| 8 | C.H. Robinson Worldwide（罗宾逊全球物流） | United States | 1,000,000 | 1,000,000 | 0.00% | 9 | 1 |
| 9 | Hellmann Worldwide Logistics（汉宏物流） | Germany | 955,800 | 901,698 | 6.00% | 10 | 1 |
| 10 | Fr. Meyer's Sohn | Germany | 850,000 | 850,000 | 0.00% | 12 | 2 |
| 11 | Bollore Logistics（波洛莱物流） | France | 839,000 | 864,000 | -2.89% | 11 | 0 |
| 12 | Yusen Logistics（日邮物流） | Japan | 815,000 | 774,822 | 5.19% | 16 | 4 |
| 13 | Geodis（乔达国际物流） | France | 798,137 | 777,675 | 2.63% | 15 | 2 |
| 14 | Ceva Logistics（基华物流） | The Netherlands | 786,600 | 786,600 | 0.00% | 13 | -1 |
| 15 | Agility Logistics（智傲物流） | Switzerland | 740,000 | 710,000 | 4.23% | 17 | 2 |
| 16 | Nippon Express Co..（日通） | Japan | 703,061 | 686,206 | 2.46% | 18 | 2 |
| 17 | Kintetsu World Express（近铁） | Japan | 700,043 | 663,915 | 5.44% | 19 | 2 |
| 18 | Logwin Logistics（普及物流） | Germany | 690,000 | 600,000 | 15.00% | 23 | 5 |
| 19 | AllCargo Logistics | India | 684,000 | - | - | - | - |
| 20 | OOCL Logistics（东方海外物流） | Hong Kong (China) | 650,000 | 646,000 | 0.62% | 20 | 0 |
| 21 | Leschaco（力运国际） | Germany | 636,000 | - | - | - | - |
| **22** | **Worldwide Logistics Ltd.（环世物流）** | **China** | **630,218** | **580,325** | **8.60%** | **24** | **2** |
| 23 | UPS Supply Chain Solutions（美国联合包裹） | United States | 620,000 | 600,000 | 3.33% | 22 | -1 |
| 24 | Damco International（丹马士国际） | The Netherlands | 577,084 | 639,132 | -9.71% | 21 | -3 |

# Organization

**Worldwide Logistics Group** 環世物流集團

- Group President
  - China Branch
    - Dalian Branch
    - Beijing Branch
    - Tianjin Branch
    - Urumqi Branch
    - Taiwan Branch
    - Qingdao Region
    - Shanghai Region
    - Yangtze River + Ningbo Region
    - Fujian Region
    - South China Region
  - Sea Freight Division
    - Domestic
    - Rail
    - Truck
    - Warehouse
    - Cross-board E-Business
    - Asia & Africa
    - Europe & Med
    - Latin America & Oceania
    - North America
    - Intra Asia
  - IDX Division
  - Accounting Division
  - Administration & HR Division
  - Overseas Business Development Division
  - Chemical Logistics Division
  - Project Logistics Division
  - Air Freight Division



<a>
</a>
<b>
</b>



| Continent | Country | City | Employee |
|---|---|---|---|
| Asia | China | 38 branches with HQ in Shanghai | 1,345 |
| | Singapore | Singapore | 25 |
| | Thailand | Bangkok | 6 |
| | Indonesia | Jakarta | 2 |
| | India | Mumbai | 2 |
| | Pakistan | Karachi(HQ), Lahore | 40 |
| | U.A.E | Dubai(HQ), Abu Dhabi | 20 |
| Europe | Poland | 7 cities with HQ in Gdynia | 278 |
| | Turkey | 4 cities with HQ in Istanbul | 69 |
| | United Kingdom | Manchester | 1 |
| Oceania | Australia | Sydney(HQ), Melborne | 7 |
| Africa | Benin | Cotonou | 2 |
| | Mozambique | Beira | 2 |
| | Niger | Niamey | 3 |
| North America | USA | Tacoma | 4 |
| | | Total | 1,806 |