https://www.linkedin.com/in/cynthia-shen-a26b2a4/



Message
More actions
- Cynthia Shen
-  3rd degree connection3rd
- 

## Partner at Jon Monroe Consulting

- Gig Harbor, Washington, United States

- 153 connections

- Contact info



- **World Wide Logistics Co. Ltd**

- **Shanghai Finance University**

## About

Cynthia (Chinese name: Chengxi) Shen is a graduate of Fudan University in Shanghai. As the most recent, she's the co-author of the Yangtze River World Report, a 380 pages e-book published by the Journal of Commerce. (Details ref www.yangtzeriverports.com). Cynthia began her career at Siemen's as a marketing assistant in the telecom

…
see more

## Activity

154 followers
Posts Cynthia created, shared, or commented on in the last 90 days are displayed here.
**See all activitySee all activity**

**Exhibit D**

# Experience

- 

  ### U.S. Representative

  Company Name

  World Wide Logistics Co. Ltd
  Dates EmployedMay 2017 – Present
  Employment Duration3 yrs 10 mos
  LocationGreater Seattle Area

  Represent WWL, a Shanghai based forwarder for N. America. Locate and set up prospective U.S. Agent Partners. Oversee the US support center to support WWL agents to ensure they get the best rates and that accounts are onboard smoothly. Act as a go between for any pricing and operational issue between US and WWL Asia network. In 2016, WWL became the 29th largest global NVOCC. This year we will move approximately 460,000 ten from Asia to the rest of the world. We currently have 29 offices and 1300 people in China.

- ### Partner

  Company Name

  Jon Monroe Consulting
  Dates Employed2003 – Present
  Employment Duration18 yrs
  LocationUnited States