

HOME / PRODUCTS & SERVICES / TRANSPORTATION / CARGILL OCEAN TRANSPORTATION / **OUR BUSINESS**



# Our Business

## About us

Cargill Ocean Transportation is a leading freight-trading organization and charterer of over 600 vessels. Founded in 1956 in Geneva, we

Exhbit E

benefit from the rich heritage and expert capabilities of Cargill's global operations across the corporation.

In recent years the maritime sector has undergone a significant change and this shows no sign of slowing down. Since 2009, the market has wrestled with overcapacity, reduced financing, generational change, digitalization, increased regulations, stricter sustainability targets and disruption to trade flows. In 2020, the COVID-19 global pandemic has created new levels of uncertainty and the need to be agile has never been stronger.

We are developing critical capabilities in areas such as risk management, advanced trading, digitalization, analytics and sustainability, and we are collaborating with our industry peers to help transform the maritime industry at large.

**Our customers are the center of every decision we make**. We are committed to providing customer-centric solutions that integrate digital technology and reduce our impact on the environment, and our aim is to be the most transformational and cost-efficient

service provider in the maritime bulk industry.

## Our fleet

Our global fleet comprises a range of vessel sizes, allowing you to optimize your changing supply chain requirements. Our experienced teams will help identify the best adapted vessel for your specific cargo.

Our vessels call on more than 4,500 ports per year and move over 200 million tons of 50 different dry bulk commodities.

We currently have more than 600 vessels on charter at any one time.



## Top-quality vessels

All of our fleet is vetted through RightShip's updated Qi (quality index) ship vetting tool that has been designed to improve maritime safety and efficiency. This vetting tool evaluates over 50 risk factors in each vessel and provides a risk rating at a particular date and time. These risk factors include the ship's structural integrity, competence of owners, managers

and crew, past casualties and incidents. They determine the overall star rating from one star (highest risk) to five stars (lowest risk).

We continue to increase the number of voyages conducted by four- and five-star ships, and more than 75% of our chartered vessels are rated 4-star or above.

By contracting better quality vessels, we improve the overall safety of our fleet. We also know from experience that higher quality vessels improve the safety of the seafarers that work on the ships we charter.

# Strategic product flows



# Download our brochure

**Download**

