UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AUSTRALASIA CHARTERERS LTD., <br><br> Plaintiff, <br><br> v. <br><br> WORLDWIDE BULK SHIPPING PTE LTD., <br><br> Defendant, <br><br> and <br><br> WORLDWIDE LOGISTICS CO. LTD., CARGILL, INCORPORATED, <br><br> Garnishees. | IN ADMIRALTY <br><br> CASE NO. C21-98 RSM <br><br> ORDER GRANTING RENEWED MOTION AND MEMORANDUM FOR APPOINTMENT FOR SERVICE OF PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT |

Plaintiff having moved for an Order pursuant to Supplemental Rule B(1)(d)(ii) appointing J. Stephen Simms, Esq., Markus Oberg, Esq. or Daniel J. Park, Esq. or any other qualified person appointed by any of them, to serve the process of maritime attachment and garnishment and any supplemental process in this matter, and it appearing that such appointment will result in substantial economies in time and expense,

NOW, on motion of Plaintiff, it is hereby,

ORDER – 1

ORDERED, that J. Stephen Simms, Esq., Markus Oberg, Esq. or Daniel J. Park, Esq. or any other person at least 18 years of age and not a party to this action, appointed by any of them be and hereby is, appointed to serve the Process of Maritime Attachment and Garnishment, and a copy of the First Amended Verified Complaint as issued in this case.

DATED this 8th day of March, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER – 2